cation Act and Housing and Community Development Act (42 U.S.C. §§ 4601 and 5601). Appellants do not argue with the district court's decision to abstain under *Railroad Commission of Texas v. Pullman*, 312 U.S. 496, 61 S.Ct. 643, 85 L.Ed. 971 (1941), in light of pending related state litigation. But as appellants argue, and appellees concede, the district court erred by dismissing the complaint rather than staying appellants' federal claims pending resolution of the state litigation. *Almodovar v. Reiner*, 832 F.2d 1138, 1141 (9th Cir.1987) (*Pullman* abstention requires retention of jurisdiction; dismissal of complaint is reversible error); *Cedar Shake and Shingle Bureau v. City of Los Angeles*, 997 F.2d 620, 622 (9th Cir.1993) ("A district court abstaining under *Pullman* must dismiss the state law claim and stay its proceedings on the constitutional question until a state court resolves the state issue.").

The district court's order dismissing the complaint for lack of jurisdiction is **VACATED**. The case is **REMANDED** with instructions that the district court stay the federal claims pending resolution of the state litigation.

Gerard Rafols SAPADEN, Petitioner—Appellant,

v.

IMMIGRATION AND NATURALIZATION SERVICE; Thomas Schiltgen, District Director of INS; James W. Ziglar,* Commissioner of the INS; John Ashcroft,** Attorney General; Leonard Kovensky, Assistant District Director of Deportation and Detention of the INS; Unnamed Deportation Officer in Charge of Petitioner's Deportation Case, Respondents—Appellees.

No. 00–56063.

D.C. No. CV–00–00052–FMC.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 7, 2001.***

Decided June 18, 2003.

Before PREGERSON, TASHIMA and BERZON, Circuit Judges.

MEMORANDUM****

This court's decision in *Taniguchi v. Schultz*, 303 F.3d 950 (9th Cir.2002) con-

* James W. Ziglar is substituted for his predecessor, Doris Meissner, as Commissioner of the Immigration and Naturalization Service.

** John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States. Fed. R.App. P. 43(c)(2)

*** The panel unanimously finds this case suitable for decision without oral argument. Fed. R. App P. 34(a)(2).

**** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Circuit Rule 36–3.

trols this case and precludes the relief that Mr. Sapaden seeks.

**AFFIRMED.**

**Joon Ho KIM, Petitioner—Appellee,**

v.

**John ASHCROFT,\* Attorney General, Respondent—Appellant.**

No. 01–55152.
D.C. No. CV–00–01759–BTM.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 7, 2001.\*\*

Decided June 18, 2003.

Before PREGERSON, TASHIMA and BERZON, Circuit Judges.

MEMORANDUM\*\*\*

This court's decision in *Taniguchi v. Schultz*, 303 F.3d 950 (9th Cir.2002) con-

\* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States. Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R. App P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

trols this case and precludes the habeas relief sought by Mr. Kim.

**REVERSED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dennis Eugene PETERSON, Defendant—Appellant.**

No. 02–30226.
D.C. No. CR–01–05294–FDB.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 6, 2003.

Decided June 18, 2003.

Before LAY,\* GOODWIN, and GOULD, Circuit Judges.

MEMORANDUM\*\*

Dennis Eugene Peterson appeals his conviction and sentence for seven counts of

courts of this circuit except as provided by 9th Circuit Rule 36–3.

\* The Honorable Donald P. Lay, United States Circuit Judge for the Eighth Circuit, sitting by designation.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.